IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT C. VICE,

      Plaintiff,                    No. 2:08-cv-0940-LKK-JFM (PC)

    vs.

JAMES WALKER,

      Defendant.

_____/         ORDER

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly

1  payments of twenty percent of the preceding month's income credited to plaintiff's prison trust
2  account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court
3  each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28
4  U.S.C. § 1915(b)(2).
5         This action is proceeding on plaintiff's amended complaint, filed as of right on
6  May 20, 2008.  The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.
7  § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,
8  plaintiff has a reasonable opportunity to prevail on the merits of this action.
9         In accordance with the above, IT IS HEREBY ORDERED that:
10        1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
11        2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
12 Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.
13 § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the
14 Director of the California Department of Corrections and Rehabilitation filed concurrently
15 herewith.
16        3.  Service is appropriate for the following defendants:  James Walker.
17        4.  The Clerk of the Court shall send plaintiff one USM-285 forms, one summons,
18 an instruction sheet and a copy of the amended complaint filed May 20, 2008.
19        5.  Within thirty days from the date of this order, plaintiff shall complete the
20 attached Notice of Submission of Documents and submit the following documents to the court:
21        a.  The completed Notice of Submission of Documents;
22        b.  One completed summons;
23        c.  One completed USM-285 form for the defendant listed in number 3
24        above; and
25        d.  Two copies of the endorsed amended complaint filed May 20, 2008.
26 /////

1    6. Plaintiff need not attempt service on defendant and need not request waiver of
2 service.  Upon receipt of the above-described documents, the court will direct the United States
3 Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4
4 without payment of costs.
5 DATED:  December 19, 2008.

                                        UNITED STATES MAGISTRATE JUDGE

12
vice0940.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT C. VICE,

    Plaintiff,                   No. 2:08-cv-0940-LKK-JFM (PC)

    vs.

JAMES WALKER,                   NOTICE OF SUBMISSION

    Defendant.              OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ completed summons form

        ____ completed USM-285 forms

        ____ copies of the _____
                              Complaint/Amended Complaint

DATED:

                                                  _____
                                                  Plaintiff