IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT C. VICE,

    Plaintiff,           No. 2:08-cv-0940-LKK-JFM (PC)

    vs.

JAMES WALKER,

    Defendant.        ORDER

_____/

    Defendant has requested a second extension of time to respond to plaintiff's first amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendant's April 28, 2009 request for an extension of time is granted; and

    2. Defendant is granted until May 29, 2009 to file and serve a response to plaintiff's first amended complaint.

DATED: May 4, 2009.

UNITED STATES MAGISTRATE JUDGE

12
vice0940.36(2)

1