# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

HERBERT C. VICE,

        Plaintiff,                    No. 2:08-cv-0940-LKK-JFM (PC)

vs.

JAMES WALKER,

        Defendant.             **ORDER & WRIT OF HABEAS CORPUS**
                                         /          **AD TESTIFICANDUM**

        Herbert C. Vice, inmate # T-25387, a necessary and material witness in proceedings in this case on May 5, 2010, is confined in California State Prison, Corcoran (COR), 4001 King Avenue, Corcoran, California, 93212, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kimberly J. Mueller to appear by video conference on Wednesday, May 5, 2010 at 1:30 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by video conference in a mediation conference at the time and place above, until completion of the settlement conference or as ordered by Judge Mueller; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, COR, 4001 King Avenue, Corcoran, California, 93212:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Mueller by video conference at the time and place above, until completion of the settlement conference or as ordered by Judge Mueller.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 29, 2010.

                                                        UNITED STATES MAGISTRATE JUDGE

vice0940.841