IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT C. VICE, | No. 2:08-cv-0940-LKK-JFM (PC) |
| Plaintiff, | |
| vs. | |
| JAMES WALKER, | |
| Defendant. | ORDER |
| _____ / | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Good cause appearing, this case will be set for settlement conference before the Honorable Kimberly J. Mueller on May 5, 2010, at 1:30 p.m. in Courtroom #26. Plaintiff shall appear by video conference at the institution. A separate order and writ of habeas corpus ad testificandum will issue forthwith.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for settlement conference before the Honorable Kimberly J. Mueller on May 5, 2010, at 1:30 p.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #26.

2. Parties shall appear with full settlement authority.

/////

1

3. The parties shall provide confidential settlement conference statements to Sujean Park, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200, Sacramento, California 95814, or via email at spark@caed.uscourts.gov, so they arrive no later than April 28, 2010.

DATED: March 29, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
vice0940.set