IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT C. VICE,

      Plaintiff,                    No. 2:08-cv-0940 LKK JFM (PC)

   vs.

JAMES WALKER, et al.,

      Defendants.            <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendant James Walker, the Warden of California State Prison-Sacramento (CSP-Sacramento), has violated rights under the Eighth and Fourteenth Amendments by ongoing denial of family visits with his wife following a 2004 disciplinary conviction. Plaintiff alleges that pursuant to that conviction he was punished with a one year loss of all visiting privileges followed by a two year loss of non-contact visiting, but that his visiting privileges have never been restored. Plaintiff seeks injunctive relief in the form of an order reinstating visits with his wife and removing the rules violation report dated December 7, 2003 from his central file.

/////

/////

1

1   Defendant Walker has moved for summary judgment.  On April 5, 2011, plaintiff
2 filed a motion to add an additional exhibit in support of his opposition to said motion.  Good
3 cause appearing, plaintiff's motion will be granted.
4   Defendant seeks summary judgment in part on the ground that plaintiff's claim for
5 injunctive relief seeking restoration of his visiting privileges with his wife has been mooted by
6 his transfer from CSP-Sacramento to California State Prison-Corcoran (CSP-Corcoran).  By
7 order filed April 5, 2011, defendant was directed to inform the court in writing whether plaintiff
8 is permitted to visit plaintiff at CSP-Corcoran and, if plaintiff's wife is not permitted to visit
9 plaintiff, evidence of the reason(s) such visits are not permitted.
10   On April 15, 2011, defendant filed a response to the court's order.  Defendant's
11 response includes a declaration from a correctional sergeant at CSP-Corcoran, who avers that
12 plaintiff's wife "is not specifically banned from visiting CSP Corcoran" but that her "visitation
13 privileges at CSP Corcoran are currently pending the Warden's approval for exclusion from
14 visiting at CSP Corcoran" based on "the fact that on December 26, 2010, [plaintiff] was found in
15 possession of contraband immediately following a visit with" his wife.  Declaration of C. Fritz in
16 Support of Defendant's Response to the Court's April 5, 2011 Order at ¶¶ 5, 6, 7.  The court
17 intends to consider this declaration in connection with its findings and recommendations on
18 defendant's pending motion for summary judgment.  Accordingly, plaintiff will be granted an
19 opportunity to file a response and, as appropriate, evidence in support of his response.
20   In accordance with the above, IT IS HEREBY ORDERED that:
21   1. Plaintiff's April 5, 2011 motion to submit an additional exhibit is granted; and
22   2. Plaintiff is granted ten days from the date of this order to file and serve a
23 response to defendant's April 15, 2011 response and the declaration included therewith and, as
24 /////
25 /////
26 /////

1 appropriate, evidence in support of his response. Thereafter defendant's motion will be
2 submitted for findings and recommendations.
3 DATED: April 28, 2011.

UNITED STATES MAGISTRATE JUDGE

12
vice0940.fb2